

**MKC LAW GROUP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2020

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL:
VGonzalez@MKCLAWGROUP.COM

November 13, 2020

**Via ECF**

Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      **Re:** Basurto. v. Original Ray's Inc., et al.
            Docket No. 1:19-cv-9748-VEC

Dear Judge Caproni:

     This firm represents Defendants Original Ray's Inc., et al. in the above-referenced matter, wherein plaintiff asserts claims under the Fair Labor Standards Act, 029 U.S.C. §§ 201 *et seq.* (FLSA) and New York Labor Law (NYLL) for alleged wage and hour violations. Defendants write jointly with Plaintiffs to request a brief extension of the time to file a joint settlement approval letter currently set for November 16, 2020.

     We are currently finalizing the settlement agreement which requires signatures before we can file the joint settlement approval letter. We expect to have the signatures by November 23, 2020 and anticipate filing the joint letter within a day or two therefrom.

     Should Your Honor have any questions or concerns regarding this application, the parties are available to discuss them. The parties thank the Court for its attention to this matter.

                               Respectfully yours,
                               s/ *Vincent L Gonzalez*
                               Vincent L. Gonzalez

> Application GRANTED. The settlement agreement is due by **November 25, 2020.**
>
> SO ORDERED.
>
> *[signature: Valerie Caproni]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE
>
> 11/13/2020